# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE IN THE INTEREST OF:                    NO.   2024 CW 1085
C.W., C.T., AND T.L.

**NOVEMBER 06, 2024**

---

In Re:   The Department of Children and Family Services (DCFS),
         applying for supervisory writs, 23rd Judicial District
         Court, Parish of Assumption, No. J-4799.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** This writ application is untimely. Rule 5-3(4) of the Uniform Rules, Louisiana Courts of Appeal, provides that when an application for writs is sought in a child in need of care proceeding, the application shall be filed in the Court of Appeal in a time not to exceed 15 days from the date of the ruling at issue. In this case, both the notice of intent and the writ application were filed on November 4, 2024, more than 15 days after the ruling at issue which was rendered in open court on October 8, 2024.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

                        **MRT**
                        **WRC**
                        **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT